**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

JOSEPH PAUL FITCH                                           CIVIL ACTION

VERSUS                                                      NO. 06-3307

TERREBONNE PARISH
SHERIFF DEPARTMENT

**ORDER**

    The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED for failure to prosecute.

    New Orleans, Louisiana, this __18th__ day of September, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE